FILED
AUG - 4 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DANIEL MATHEW ROBINSON,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT KERNAN, WARDEN,<br><br>    Respondent. | Case No. EDCV 09-00707-ABC (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: August 3, 2009

_____
Audrey B. Collins
Chief United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG - 4 2009
CENTRAL DISTRICT